# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MICHAEL C. NYGREN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:19-CV-05005-MAT

ORDER

    This matter comes before this Court following an appeal (Dkt. 21) of the Court's order affirming the Social Security Administration's denial of benefits to Plaintiff (Dkt. 15). On May 4, 2021, the United States Court of Appeals for the Ninth Circuit issued a Memorandum (Dkt. 25) reversing and remanding that decision to the Social Security Administration for additional proceedings consistent with the Memorandum.

    On June 28, 2021, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of the Court. (Dkt. 26.)

    It is hereby ORDERED that this matter be remanded to the Social Security Administration for further proceedings consistent with the Memorandum of the United States Court of Appeals

ORDER - 1

for the Ninth Circuit entered May 4, 2021. (Dkt. 25.)

Dated this 28th day of June, 2021.

MARY ALICE THEILER
United States Magistrate Judge

ORDER - 2